IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION,** ) <br> **WELFARE AND ANNUITY FUNDS**, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **LONG PAVING & EXCAVATING CORP.** ) <br> and **RODNEY DEAN LONG** individually, ) <br> ) <br> Defendant. ) | NO. 06-1047-DRH |

### ORDER

This matter comes before the Court on plaintiffs, **Central Laborers' Pension, Welfare and Annuity Funds**, First Motion for Default Judgment against defendants, **Long Paving & Excavating, Corp.** and **Rodney Dean Long**, individually. Suit was initiated by plaintiffs on January 3, 2007 seeking to recover from the two named defendants known delinquent fringe benefit contributions due under the terms of the collective bargaining agreement and an audit to confirm the nature and extent of unknown delinquent contributions. Subject matter jurisdiction exists under the federal question statute, as the suit is based on ERISA.

Served on January 17, 2007, both defendants failed to answer or otherwise move in response to plaintiffs' complaint. The Clerk's Office made an entry of default as to each of the defendants on February 8, 2007. Now before the Court, as indicated above, is plaintiffs' Motion for Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b).

The Court hereby **GRANTS** plaintiffs' motion (document # 9) and **DIRECTS** the Clerk of the Court to enter judgment in favor of plaintiffs and against defendants, , **Long Paving & Excavating, Corp.** and **Rodney Dean Long**, individually, in the total amount of Four Thousand Eight Hundred Twenty One Dollars and Sixty Three Cents ($4,821.63).

The components of that total are delineated as follows:

1. One Thousand Five Hundred Eighty Five Dollars and Ninety Nine Cents ($1,585.99) for delinquent contributions;

2. One Hundred Ninety Two Dollars and Seventy One Cents ($192.71) for liquidated damages;

3. Four Hundred Sixty Four Dollars and Twenty Seven Cents ($464.27) for audit liabilities due;

4. One Thousand One Hundred Fifty Nine Dollars and Thirty One Cents ($1,159.31) for reports without payment;

5. One Thousand Four Hundred Nineteen Dollars and Thirty Five Cents ($1,419.35) for reasonable attorneys' fees, costs and expenses.

Plaintiffs are awarded execution of the known damage amount as outlined above.

IT IS SO ORDERED

Dated this 13th day of June, 2007.

_____
/s/   David   RHerndon
U.S. District Judge