# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION**
**WELFARE AND ANNUITY FUNDS,**

        **Plaintiffs,**

     -vs-                      **CIVIL ACTION NO. 06-CV-1047  DRH**

**LONG PAVING & EXCAVATING CORP.,**
**and RODNEY DEAN LONG Individually.**

        **Defendant.**

## DEFAULT JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:** This action came to hearing before the Court on the Plaintiffs' motion for default judgment.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion is **GRANTED**. Judgment is entered in favor of Plaintiff **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS** and against Defendants **LONG PAVING & EXCAVATING CORP**. and **RODNEY DEAN LONG**, Individually, in the sum of $4,821.63 for delinquent contributions, liquidated damages, audit costs, for reports without payments, and attorneys' fees, costs and expenses.

                                       **NORBERT G. JAWORSKI, CLERK**

June 15, 2007                            BY:  s/Patricia Brown
                                                          Deputy Clerk

APPROVED: /s/     David   RHerndon
              **U.S. DISTRICT JUDGE**